IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SUFI PROPERTIES ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:13-CV-615-K |
| ) | |
| SUZANN J. BEAVERS ) | |
| *and all occupants*, ) | |
| ) | |
| Defendants. ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Accordingly, this action will be *sua sponte* **REMANDED** to the state court by separate judgment.

SO ORDERED.

**Signed March 5th, 2013.**

*Ed Kinkeade*
**ED KINKEADE
UNITED STATES DISTRICT JUDGE**